| | |
|---|---|
| 1 | Scott J. Sagaria (SBN 217981) |
|   | SJSagaria@sagarialaw.com |
| 2 | Elliot W. Gale (SBN 263326) |
|   | EGale@sagarialaw.com |
| 3 | Joe Angelo (SBN 268542) |
|   | JAngelo@sagarialaw.com |
| 4 | SAGARIA LAW, P.C. |
|   | 3017 Douglas Blvd., Ste 100 |
| 5 | Roseville, CA 95661 |
|   | Telephone: (408) 279-2288 |
| 6 | Facsimile: (408) 297-2299 |
| 7 | Attorneys for Plaintiff Gregory Kerr |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KERR, | Case No.: 5:17-cv-02933-HRL |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF DEFENDANT ONEMAIN FINANCIAL GROUP, LLC; [PROPOSED] ORDER** |
| ONEMAIN FINANCIAL GROUP, LLC, | |
| Defendant. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Gregory Kerr and defendant OneMain Financial Group, LLC that OneMain Financial Group, LLC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT ONEMAIN FINANCIAL GROUP, LLC; [PROPOSED] ORDER -1-

DATED: September 28, 2017 **Sagaria Law, P.C.**

By: */s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff Gregory Kerr

DATED: September 28, 2017 **Yu Mohandesi, LLP**

By: */s/ Brett B. Goodman*
Brett B. Goodman
Attorney for Defendant OneMain Financial Group, LLC

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Brett B. Goodman has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, OneMain Financial Group, LLC is dismissed with prejudice.

IT IS SO ORDERED.

DATED:

Hon. Howard R. Lloyd
UNITED STATES DISTRICT JUDGE